**Opinion issued June 11, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00364-CV

———————————

**ROSALBA ESCOTO-LEON, Appellant**

**V.**

**JOSE ORTIZ, Appellee**

---

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-76941**

---

### MEMORANDUM OPINION

Appellant Rosalba Escoto-Leon has filed a motion to dismiss the appeal because he claims the trial court granted a motion for new trial and vacated the divorce decree signed on January 15, 2026, which appellant was appealing.

Appellant also asks that we issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

Appellant's motion contains no certificate of conference. We held the motion for a response and none was filed. *See* TEX. R. APP. P. 10.3(a). Accordingly, we grant the motion.

The appeal is dismissed. *See* TEX. R. APP. P. 42.1(a). Any other pending motions are dismissed as moot. We direct the Clerk of this Court to issue the mandate immediately.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.